UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR420-0019

| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
|---|---|
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| BRYAN HOWARD BIGNAULT | ) Prohibited Person |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about January 21, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

### BRYAN HOWARD BIGNAULT

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Taurus, Model: PT 145 Pro, .45 caliber pistol of which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).



## FORFEITURE ALLEGATION

The allegations contained in Counts One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One, the defendant, **BRYAN HOWARD BIGNAULT** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, Taurus, Model: PT145 Pro, .45 caliber pistol, Serial Number: NEU96384.

A True Bill.

_____
Bobby L. Christine
United States Attorney

_____
Karl Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
Jennifer Kirkland
Assistant United States Attorney
*Lead Counsel